**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 15-cr-00391-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. GERARDO ECHEVARRIA-CERNAS, and
2. ROBERTO BURRUSQUETA-RICO,

     Defendants.

**ORDER TO DISCLOSE
OTHERWISE PROTECTED INFORMATION**

**Blackburn, J.**

The matter before me is the government's **Unopposed Motion by United States To Disclose Otherwise Protected Information** [#28][1] filed October 16, 2015. After careful review of the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** that the government's **Unopposed Motion by United States To Disclose Otherwise Protected Information** is granted, subject to the limitations set forth in the motion.

Dated October 19, 2015, at Denver, Colorado.

                                                 **BY THE COURT:**

                                                 */s/ Bob Blackburn*
                                                 Robert E. Blackburn
                                                 United States District Judge

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.